# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
)
Axxon International, LLC ) ASBCA Nos. 59497, 59498
)
Under Contract No. W9124C-13-P-0060 )

APPEARANCE FOR THE APPELLANT: Mr. Randy Lenz
Principal

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
CPT Lyn P. Juarez, JA
Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 24 April 2015

ELIZABETH W. NEWSOM
Administrative Judge
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59497, 59498, Appeals of Axxon International, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals